# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2013

Robert P. Young, Jr.,
Chief Justice

146251

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ANGELA M. SABATOS,
      Plaintiff-Appellee,

v

                                               SC: 146251
                                               COA: 302644

CHERRYWOOD LODGE, INC.,
      Defendant-Appellant.
                                               Alger CC: 2010-005008-NO

_____/

On order of the Court, the application for leave to appeal the August 9, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals as on reconsideration granted in light of *Hoffner v Lanctoe*, 492 Mich 450 (2012).

CAVANAGH, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2013 _____

t0430

_____
Clerk